**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| BRIAN K WINTERS | |
| | NO. 05-33404 |
| DEBTOR | JUDGE: Schmetterer, |

**STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS**

NOW Comes Wilshire Credit Corporation ("Creditor"), and pursuant to the October 5, 2009 letter from the Chapter 13 Trustee, Tom Vaughn providing notice to Wilshire Credit Corporation that the trustee has completed payment of all pre-petition obligations and requiring the Creditor to file a statement of any unpaid post petition obligations pursuant to the terms of the Debtor's confirmed plan, Creditor is providing notice of the following outstanding post petition obligations:

1. Cook County Tax advanced on November 12, 2009 in the amount of $2746.98
2. Insurance advance on September 8, 2009 in the amount of $1509.00

Pursuant to the terms of the Debtors' confirmed plan, within 30 days of the service of this notice and statement, the Debtor may: (1) challenge the accuracy of this statement by motion filed with the court and notice to the holder and standing trustee and resolve the challenged items as a contested matter; or (2) file a proposed modified plan to provide for the payment of additional amounts that the Debtor acknowledges or the court determines to be due. To the extent that amounts set forth in this statement are not determined by the court to be invalid or are not paid by the Debtor through a modified plan, Creditor's right to collect these amounts will be unaffected.

/s/Todd Ruchman
Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Todd Ruchman ARDC# 06271827
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
FF-64592

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

2